**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Daugherty,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. CV-23-00105-TUC-JCH<br><br>**ORDER** |

　　　　On March 2, 2023, Plaintiff filed a Complaint and Application to Proceed In Forma Pauperis ("IFP Application"). Docs. 1, 2. The matter was assigned to the Honorable Maria S. Aguilera. Doc. 4. A party elected assignment to the District Court and the matter was reassigned to the undersigned on March 9, 2023. Docs. 10, 11.

　　　　The Court has reviewed Plaintiff's IFP Application. Doc. 2. The Court finds that Plaintiff has shown she is unable to pay the fees without hardship as required by 28 U.S.C. § 1915(a). "An applicant need not 'be absolutely destitute to enjoy the benefit of the statute ... [or to face spending] the last dollar they have or can get, and thus make themselves and their dependents wholly destitute' to proceed with their claim." *See Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). With her spouse's income, Plaintiff's household's monthly expenses total $3,087.00 and nearly exceeds their household's total gross income $3,096.00. (Doc. 10 at 2.) Neither their combined monthly income, nor Plaintiff's assets, are sufficient to cover the $402 filing fee. *Id.*

///

///

///

Accordingly,

**IT IS ORDERED GRANTING** Plaintiff's IFP Application. Doc. 2.

**IT IS FURTHER ORDERED** this case, reassigned to the Honorable John C Hinderaker, is hereby referred to Magistrate Judge Maria S. Aguilera for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona. All future filings in this case shall be designated:

CV-23-00105-TUC-JCH (MSA).

Dated this 15th day of March, 2023.

*[signature]*
Honorable John C. Hinderaker
United States District Judge